# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

IN RE:

| | |
|---|---|
| **RODNEY ALLEN MCCOWAN** | **09-10347-8-SWH** |
| | Chapter 7 |

### RESPONSE TO MOTION TO REOPEN CHAPTER 7 CASE
### AND STAY STATE COURT PROCEEDINGS

**COMES NOWS** Bank of America, N.A. by and through undersigned counsel, and hereby responds to the Debtor's Motion to Reopen Chapter 7 Case and Stay State Court Proceedings (the "Motion") as follows:

1. The allegations in the Motion are generally denied.

2. The parties have agreed Bank of America shall be allowed until Friday, July 7, 2017 to supplement its response, as the undersigned counsel will be out of the office all next week.

3. Bank of America, N.A. requests that this matter be set for hearing.

This the 23rd day of June 2017.

/s/ Jason K. Purser
Jason K. Purser, Attorney for Creditor, Bar # 28031
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
jpurser@logs.com

17-088492

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

**IN RE:**

**RODNEY ALLEN MCCOWAN**                        **09-10347-8-SWH**

                                                           **Chapter 7**

---

### CERTIFICATE OF SERVICE

      I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via Electronic Notification)
William F. Braziel, III
William P Janvier
Samantha Y. Moore
The Janvier Law Firm
1101 Haynes St., Ste. 102
Raleigh, NC 27604

(Served via U Electronic Notification)
Rebecca F. Redwine
Hendren & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612

(Served via Electronic Notification)
Gregory B. Crampton
Nicholls & Crampton, P.A.
PO Box 18237
Raleigh, NC 27619

by electronic mail, if applicable.  Any party that can be served by electronic mail will receive no other form of notice.

      This the 23rd day of June 2017.

                                      */s/ Jason K. Purser*
                                      Jason K. Purser, Attorney for Creditor, Bar # 28031
                                      Shapiro & Ingle, LLP
                                      10130 Perimeter Pkwy, Suite 400
                                      Charlotte, NC 28216
                                      Phone: 704-333-8107 | Fax: 704-333-8156
                                      jpurser@logs.com

Case 09-10347-8-SWH    Doc 133    Filed 06/23/17    Entered 06/23/17 12:36:14    Page 3 of 3