Form 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 09-10347-8-SWH    Judge: Stephani W. Humrickhouse
Case Name: McCOWAN, RODNEY ALLEN
For Period Ending: 12/31/17

Trustee Name: Gregory B. Crampton, Ch. 7 Trustee
Date Filed (f) or Converted (c): 08/04/10 (c)
341(a) Meeting Date: 08/31/10
Claims Bar Date:

Page: 1

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 222 Tennwood Court Durham, NC 27712  Lienholders - Bank of America ($1,301,973.83) Stay lifted per 6-21-10 Order, Wachovia Bank, N.A. ($506,224.84), Bank of America ($47,737.00), County of Durham ($25,846.00)  Notice of Trustee's Intent to Abandon Property filed 1-28-11 | 1,450,000.00 | 0.00 | OA | 0.00 | FA | 1,881,781.67 | 0.00 |
| 2. 2507 South Bald Head Wynd, Bald Head Island, NC  Lienholders - Wachovia ($451,232.00) Stay lifted per 1-31-11 Order, County of Brunswick ($5,875.00)  Debtor claimed wild card exemption  Notice of Trustee's Intent to Abandon Property filed 1-28-11 | 600,000.00 | 0.00 | OA | 0.00 | FA | 457,107.00 | 5,000.00 |
| 3. 1211 Champions Point Drive Durham, NC 27712  Lienholder - Bank of America ($268,121.00), County of Durham ($4,483.00)  Notice of Trustee's Intent to Abandon Property filed 1-28-11 (Trustee's Motion to Revoke Abandonment of Real Property filed 9-29-17) | 90,000.00 | 0.00 | OA | 0.00 | FA | 272,604.00 | 0.00 |
| 4. Cash  Debtor Claimed Exemption | 71.00 | 0.00 | | 0.00 | FA | 0.00 | 71.00 |
| 5. SunTrust checking account  Debtor Claimed Exemption | 780.27 | 0.00 | | 0.00 | FA | 0.00 | 780.27 |
| 6. Security Deposit with Piedmont Electric | 1,635.00 | 0.00 | | 0.00 | | 0.00 | 0.00 |
| 7. Office/library furnishings  Debtor Claimed Exemption | 5,584.00 | 0.00 | | 0.00 | FA | 0.00 | 5,000.00 |
| 8. HOUSEHOLD GOODS AND FURNISHINGS | 20,323.00 | 0.00 | | 0.00 | | 0.00 | 0.00 |
| 9. Rolex Oyster Perpetual GMT Master Watch | 2,000.00 | 0.00 | | 0.00 | | 0.00 | 0.00 |
| 10. Northwestern Mutual insurance | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

LFORM1EX    Ver. 20.00g

Page: 2

Form 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No:      09-10347-8-SWH      Judge: Stephani W. Humrickhouse
Case Name:    McCOWAN, RODNEY ALLEN

Trustee Name:    Gregory B. Crampton, Ch. 7 Trustee
Date Filed (f) or Converted (c):   08/04/10 (c)
341(a) Meeting Date:   08/31/10
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| Debtor Claimed Exemption | | | | | | | |
| 11. MetLife Insurance | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | | | |
| 12. 2007 Toyota Prius (Ex-wife's car by divorce agreement but loan is in Debtor's name) | 0.00 | 0.00 | | 0.00 | | 23,645.80 | 0.00 |
| Lienholder - Wachovia Dealer Services | | | | | | | |
| 13. Laptop and printer | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| Debtor Claimed Exemption | | | | | | | |
| TOTALS (Excluding Unknown Values) | $2,170,893.27 | $0.00 | | $0.00 | $0.00 | $2,635,138.47 | $11,351.27 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Order Reopening Case entered on 9-13-17. Trustee's Motion to Revoke Abandonment of Real Property regarding 1211 Champion's Point Drive, Durham, NC was filed on 9-29-17. Hearing held on 11-29-17. Order has not yet been entered.

No funds received by Trustee, therefore, no Form II required.

Initial Projected Date of Final Report (TFR): 09/30/18      Current Projected Date of Final Report (TFR): 09/30/18

_Gregory B. Crampton_      Date: 1/12/2018
Gregory B. Crampton, Ch. 7 Trustee

Ver: 20.00g

LFORM1EX