IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

RODNEY ALLEN MCCOWAN                           09-10347-8-SWH
                                                Chapter 7

## NOTICE OF APPEAL

**COMES NOWS** Bank of America, N.A., by and through undersigned counsel and pursuant to Federal Rules of Bankruptcy Procedure 8002 and 8003, giving notice of appeal in conformity with the appropriate Official Form and accompanied by the orders being appealed and the prescribed fee.

**Part 1: Identify the appellant**

1. Name(s) of appellant: Bank of America, N.A.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

    For appeals in a bankruptcy case and not in an adversary proceeding: Bank of America, N.A. is a creditor.

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: that certain Order Allowing Objection to Claim entered on 26 June 2018, Doc 193, a true copy of which is attached hereto as **Exhibit A.**

2. State the date on which the judgment, order, or decree was entered: 26 June 2018.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Attorney |
|---|---|
| 1. Creditor, Bank of America, N.A. | Jason K. Purser<br>Shapiro & Ingle, LLP<br>10130 Perimeter Pkwy, Suite 400<br>Charlotte, NC 28216<br>Phone: 704-333-8107<br>Fax: 704-333-8156<br>jpurser@logs.com |
| 2. Debtor, Rodney Allen McCowan | William F. Braziel, III<br>William P Janvier<br>Janvier Law Firm, PLLC<br>311 East Edenton Street<br>Raleigh, NC 27601<br>919 582-2323<br>Fax : 866 809-2379<br>bbraziel@janvierlaw.com<br>bill@janvierlaw.com |
| 3. Trustee, Gregory B. Crampton | Steven Newton<br>Gregory B Crampton<br>Nicholls & Crampton, P.A.<br>P. O. Box 18237<br>Raleigh, NC 27619<br>919 781-1311<br>Fax : 919 782-0465<br>snewton@nichollscrampton.com<br>gcrampton@nichollscrampton.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

The Fourth Circuit has not established bankruptcy appellate panels; therefore, this appeal will be to the District Court pursuant to 28 U.S.C. § 158.

**Part 5: Sign below**

This the 6th  day of July 2018.

*/s/ Jason K. Purser*
Jason K. Purser, Attorney for Creditor, Bar # 28031
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
jpurser@logs.com


17-088492

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

IN RE:

RODNEY ALLEN MCCOWAN    09-10347-8-SWH

                 Chapter 7

---

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via Electronic Notification)
William F. Braziel, III
William P Janvier
The Janvier Law Firm
1101 Haynes St., Ste. 102
Raleigh, NC 27604

(Served via Electronic Notification)
Marjorie K. Lynch
Bankruptcy Administrator
Post Office Box 3758
Wilson, NC  27895-3758

(Served via Electronic Notification)
Steven Newton
Gregory B. Crampton
Nicholls & Crampton, P.A.
PO Box 18237
Raleigh, NC 27619

by electronic mail, if applicable.  Any party that can be served by electronic mail will receive no other form of notice.

This the 6th day of June 2018.

*/s/ Jason K. Purser*
Jason K. Purser, Attorney for Creditor, Bar # 28031
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
jpurser@logs.com