**SO ORDERED.**

**SIGNED this 26 day of June, 2018.**

*Stephani W. Humrickhouse*
_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

**RODNEY ALLEN MCCOWAN**

      DEBTOR

CASE NO.
**09-10347-8-SWH**
CHAPTER 7

## ORDER ALLOWING OBJECTION TO CLAIM

The matter before the court is the Objection to Claim of BAC Home Loans Servicing filed by the chapter 7 trustee on March 7, 2018, Dkt. 176 (the "Objection"). A response in opposition was filed by Bank of America, N.A. ("Bank of America") on April 6, 2018, Dkt. 186. A hearing was held in Raleigh, North Carolina on May 2, 2018.

In the Objection, the chapter 7 trustee contends that "no valid deed of trust of record [existed] against [the debtor's] property as of the petition date . . . not a valid secured claim." After reviewing the case record and considering the arguments of counsel, the Objection is hereby ALLOWED. An opinion setting forth the basis for the court's ruling will follow at a later date.

**END OF DOCUMENT**