**VAN–082** Appeal Memorandom – Rev. 02/07/2017

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Rodney Allen McCowan
1436 Cabrillo Avenue
Burlingame, CA 94010

CASE NO.: 09–10347–8–SWH

DATE FILED: November 30, 2009

CHAPTER: 7

MEMORANDUM

Pursuant to Rule 8009, Federal Rules of Bankruptcy Procedure, within fourteen (14) days after filing the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding, the appellant must file with the court, a designation of the items to be included in the record on appeal and a statement of issues to be presented. A copy must be served on the appellee.

Within fourteen (14) days after service of the appellant's statement, the appellee may file a designation of additional items to be included in the record. A copy must be served on the appellant.

If the record designated by any party includes a transcript of any proceeding or a part thereof, the party must file with the clerk, a written request for the transcript. The cost of the transcript is the responsibility of the requesting party.

DATED: July 9, 2018

Stephanie J. Butler
Clerk of Court