UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| RODNEY ALLEN MCCOWAN and | ) | |
| TRUSTEE GREGORY CRAMPTON | ) | No. 5:18-CV-75-D |
| | ) | |
| Appellees. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court REVERSES the bankruptcy court's orders.

**This Judgment Filed and Entered on October 9, 2018, and Copies To:**

| | |
|---|---|
| Jason K. Purser | (via CM/ECF electronic notification) |
| William Forrest Braziel, III | (via CM/ECF electronic notification) |
| William P. Janvier | (via CM/ECF electronic notification) |
| Gregory Byrd Crampton | (via CM/ECF electronic notification) |
| Steven Craig Newton, II | (via CM/ECF electronic notification) |

DATE                                             **PETER A. MOORE, JR., CLERK**

October 9, 2018                       By:    /s/ Nicole Sellers

                                                                    Deputy Clerk