IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-337-D

| | |
|---|---|
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RODNEY ALLEN MCCOWAN, et al., ) | |
| ) | |
| ) | |
| Appellees. ) | |

On August 27, 2018, Bank of America moved to consolidate its bankruptcy appeal in case number 5:18-CV-337-D with its bankruptcy appeal in case number 5:18-CV-75-D [D.E. 12]. On October 8, 2018, the court entered an order in case number 5:18-CV-75-D reversing the bankruptcy court's orders reopening the bankruptcy case and allowing the trustee to revoke its intentional abandonment of real property. See Bank of America, N.A. v. Rodney Allen McCowan, et al., No. 5:18-CV-75-D, [D.E. 24] (E.D.N.C. Oct. 8, 2018). In light of the court's October 8, 2018 ruling, the court dismisses Bank of America's motion to consolidate [D.E. 12] as moot, and dismisses Bank of America's appeal as moot.

In sum, the court DISMISSES Bank of America's motion to consolidate [D.E. 12], and DISMISSES the appeal. The clerk shall close the case.

SO ORDERED. This 11 day of October 2018.

J. Dever
JAMES C. DEVER III
Chief United States District Judge